## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| BERNARD EVANS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-1623 |
| | : | |
| DEPARTMENT OF MILITARY AND | : | |
| VETERANS AFFAIRS, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 26th day of February, 2026, upon consideration of Plaintiff Bernard Evans's *pro se* Second Amended Complaint (ECF No. 12), it is **ORDERED** that:

1.    The Second Amended Complaint is **DISMISSED** in its entirety for the reasons stated in this Court's Memorandum as follows:

    a.  The remaining federal claim asserted against the Board of Pensions and Retirement is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    b.  All state claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2.    No leave to amend is granted.

3.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____
**HON. MIA R. PEREZ**